JACK ABRAMSKY, PLAINTIFF-PETITIONER, v. ESSO STAN-
DARD OIL COMPANY, *ET AL.*, DEFENDANTS-RESPOND-
ENTS.

See same case below: *Abramsky v. Felderbaum,* 81 *N. J.
Super.* 1.

*Messrs. Kasen, Schnitzer & Kasen* and *Mr. Waldron
Kraemer* for the petitioner.

*Messrs. Smith, James & Mathias* and *Messrs. Doyle, Galvin,
French & Melhuish* for the respondents.

December 16, 1963.   Denied.

WILLIAM RIDEOUT, *ET AL.*, PLAINTIFFS-PETITIONERS, v.
STANLEY M. RUMBOUGH, DEFENDANT-RESPONDENT.

*Mr. Joseph P. Palladino* and *Mr. Joseph V. Cullum* for the
petitioners.

*Messrs. Smith, James & Mathias* and *Messrs. Lamb, Blake,
Hutchinson & Dunne* for the respondent.

December 16, 1963.   Denied.